UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

Joshua Jumbo §
§
versus §   Civil Action 4: 09·2246
§
Valero Retail Holdings, §
et al §

Conference Memorandum

Counsel:
Virginia Honeyman
Nigel Pratt
Joshua Jumbo

Representing:
Ds. Valero entities

P. Jumbo

Date: April 25, 2011            Reporter: Bruce Slavin
Started: 4:35 p.m.              Ended: 5:35 p.m.

At the conference, these rulings were made:

The court admonished Jumbo for filing meritless suits.

- [x] Order to be entered.
- [ ] A pretrial conference is set for: _____ on _____, 2011.
- [ ] A hearing is set for: _____ on _____, 2011.
- [ ] Trial preparation to be completed by: _____, 2011.
- [ ] A trial is set for: _____ on _____, 2011.
  - [ ] Bench   [ ] Jury (Estimated time at 5.5 hours a day _____).
- [ ] Joint Pretrial Order due: _____, 2011.
- [ ] Internal review deadline _____, 2011.

Lynn N. Hughes
United States District Judge