UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

Joshua H. Jumbo, §
　　　　　　　　　　　　　　§
　　　　Plaintiff, §
　　　　　　　　　　　　　　§
versus §　　　Civil Action H-09-2246
　　　　　　　　　　　　　　§
Valero Retail Holdings, Inc., et al., §
　　　　　　　　　　　　　　§
　　　　Defendants. §

## Order

1. On Joshua H. Jumbo's motion to vacate the arbitration award, he takes nothing from Valero Retail Holdings, Inc., and Valero Energy Corporation. (11)

2. The arbitration award subsists.

Signed on April 25, 2011, at Houston, Texas.

　　　　　　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　　　　　　United States District Judge